UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 08-307 (RHK/JJK)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MIGUEL MELLADO-EVANGUELISTA | ) | |
| a/k/a MIGUEL CAMPOS-CARDOSO, | ) | |
| a/k/a SANTIAGO MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's motion for a trial continuance of the currently scheduled trial date. Having considered the factors set forth in 18 U.S.C. § 3161, the Court finds that the ends of justice are best served by the requested continuance and the defendant does not object to the government's motion.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Government's motion for continuance is granted.

2. The delay from the date of this Order until commencement of the trial date, February 9, 2009, is excluded from the calculation of time required by the Speedy Trial Act.

Dated: November 25, 2008          s/Richard H. Kyle
                                  Honorable Richard H. Kyle
                                  United States Judge