# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No.: 08-307 (1) (RHK/JJK) |
| Plaintiff, | **ORDER** |
| v. | |
| Nicolas Mellado-Evanguelista, a/k/a Miguel Campos-Cardoso, a/k/a Santiago Martinez, | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated January 6, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 31) is **ADOPTED**; and

2. Defendant's Motion to Suppress September 4 and September 9, 2008, Statements, Admissions, and Answers (Doc. No. 18) is **GRANTED**.

Dated:  January 22, 2009

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge