# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 08-307 (RHK/JJK) |
| Plaintiff, | |
| v. | Order to Extend Deadlines<br>For Sentencing Proceedings |
| Nicolas Mellado-Evanguelista, a/k/a<br>Miguel Campos-Cardoso, | |
| Defendant. | |

Based on Defendant's Motion for an extension in the deadlines for sentencing submissions in this case, and for good cause shown, **IT IS ORDERED** that:

Defendant's Motion is **GRANTED**. Any objections to the Pre-Sentence Investigation Report may be submitted to the Probation Office on or before April 10, 2009. Any Sentencing Position shall be submitted to the Court on or before April 22, 2009.

No further extensions will be granted.

Dated: April 2, 2009

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge